**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
Wenting Sun and Xujian Chen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENTING SUN and XUJIAN CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED RECOVERY SERVICES, LLC d/b/a UNITED TRUSTEE SERVICES; and GLEN LOMA RANCH MASTER ASSOCIATION,<br><br>Defendants. | Case No.: 3:22-cv-05887-TLT<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFFS' OPPOSITIONS TO DEFENDANTS UNITED RECOVERY SERVICES, LLC D/B/A UNITED TRUSTEE SERVICES' MOTION TO DISMISS THE SECOND CAUSE OF ACTION IN PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF # 43] AND DEFENDANT GLEN LOMA RANCH MASTER ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF # 44]**<br><br>Date: September 12, 2023<br>Time: 2:00 p.m.<br>Courtroom: 9, 19th Floor<br><br>Judge: Hon. Trina L. Thompson |

//

//

//

In further support of Plaintiffs Wenting Sun and Xujian Chen's ("Plaintiffs") Opposition to Defendant United Recovery Services, LLC d/b/a United Trustee Services' ("Defendant" or "URS") Motion to Dismiss the Second Cause of Action in Plaintiffs' Second Amended Complaint [ECF # 43] and Plaintiffs' Opposition to Defendant Glen Loma Ranch Master Association's Motion to Dismiss Plaintiffs' Second Amended Complaint [ECF # 44], Plaintiffs respectfully provide notice of the Opinion recently issued by the Court of Appeal of California (Fourth District) in *Hagey v. Solar Service Experts, LLC,* No. G061836 (Super. Ct. No. 30-2021-01202580) (Cal. Ct. August 30, 2023), attached hereto as Exhibit A.

In *Hagey*, the California Court of Appeal's Opinion reversed the trial court's judgment of dismissal entered following the court sustaining a demurrer to the plaintiff's second amended complaint without leave to amend as to the plaintiff's cause action under the Rosenthal Act, concluding that "[b]ecause the plaintiff's operative complaint stated a cause of action under the Rosenthal Act, defendant's demurrer should have been overruled as to that cause of action." *See* Exh. A, *Hagey*, at 7.

The Opinion in *Hagey* concerns the topic of alleged unlawful debt collection practices under the Rosenthal Act and the specific issues of whether the debt collection activities and the money alleged to be due or owing falls within the scope of the Rosenthal Act, which are topics similarly argued and at issue in Defendants' pending Motions to Dismiss [ECF Nos. 43 and 44].

Dated: September 11, 2023　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　　By: */s/ Mona Amini*
　　　　　　　　　　　　　　　　　　　David J. McGlothlin, Esq.
　　　　　　　　　　　　　　　　　　　Mona Amini, Esq.
　　　　　　　　　　　　　　　　　　　Gustavo Ponce, Esq.
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

1

PLAINTIFFS' STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFFS'
OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS [ECF # 43, 44]

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On September 11, 2023 I served the within document(s):

**PLAINTIFFS' STATEMENT OF RECENT DECISION RELEVANT TO PLAINTIFFS' OPPOSITIONS TO DEFENDANTS UNITED RECOVERY SERVICES, LLC D/B/A UNITED TRUSTEE SERVICES' MOTION TO DISMISS THE SECOND CAUSE OF ACTION IN PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF # 43] AND DEFENDANT GLEN LOMA RANCH MASTER ASSOCIATION'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [ECF # 44]; AND EXHIBIT A.**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 11, 2023 at Costa Mesa, California.

                                                      */s/ Mona Amini*
                                                     Mona Amini, Esq.