**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*
Wenting Sun and Xujian Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENTING SUN and XUJIAN CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED RECOVERY SERVICES, LLC d/b/a UNITED TRUSTEE SERVICES; and GLEN LOMA RANCH MASTER ASSOCIATION,<br><br>Defendants. | Case No.: 3:22-cv-05887-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a) WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

///
///
///
///

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO
PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS

TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Wenting Sun and Xujian Chen ("Plaintiffs") and Defendant United Recovery Services, LLC dba United Trustee Services ("URS") (hereinafter collectively referred to as the "Parties"), by and through their attorneys of record, hereby stipulate and agree to dismiss this action pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED.

Dated: April 24, 2024          **KAZEROUNI LAW GROUP, APC**

    /s/ Mona Amini
DAVID J. MCGLOTHLIN
MONA AMINI
GUSTAVO PONCE
Attorneys for Plaintiffs
WENTING SUN and XUJIAN CHEN

Dated: April 24, 2024          **CHAPMAN & INTRIERI, L.L.P.**

    /s/ Jessica A. Fakhimi
MARK G. INTRIERI
JESSICA A. FAKHIMI
Attorneys for Defendant
UNITED RECOVERY SERVICES, LLC d/b/a
UNITED TRUSTEE SERVICES

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: April 24, 2024          **KAZEROUNI LAW GROUP, APC**

/s/ Mona Amini
DAVID J. MCGLOTHLIN
MONA AMINI
GUSTAVO PONCE
Attorneys for Plaintiffs
WENTING SUN and XUJIAN CHEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 26, 2024

HON. RITA F. LIN
United States District Court Judge

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On April 26, 2024, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a) WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 26, 2024 at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.